UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-cr-00084-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARTIN ELLIOTT BROOKS | **ORDER TO SEAL** |

On motion of the Defendant, Martin Elliott Brooks, and for good cause shown, it is hereby ORDERED that the sentencing Memorandum [DE 65] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This __6__ day of January, 2021.

JAMES C. DEVER III
~~United~~ States District Judge